UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RICARDO MERCADO-LOZANO,

    Defendant-Movant,

v.

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.

_____/

Case No. 1:24-cv-167

Honorable Paul L. Maloney

## **ORDER**

This is an action by Defendant-Movant Ricardo Mercado-Lozano ("Defendant") to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. This matter is presently before the Court pursuant to the Government's motion for a further extension of time to file its response. (ECF No. 40.)

The Government's response to Defendant's amended § 2255 motion is currently due on or before October 13, 2025. The Government requests an additional 14 days, until October 27, 2025, to file its response. (*Id.*, PageID.312.) The Government represents that the issues Defendant "raises are important and require a response that fully addresses the legal and factual issues presented." (*Id.*, PageID.311.) The Government states that "[w]hile an initial draft is well underway, the press of other business—and during a government shutdown—requires" the request for a further extension. (*Id.*) The Court concludes that there is good cause to grant the requested relief. Accordingly,

**IT IS ORDERED** that the Government's motion for a further extension of time (ECF No. 40) is **GRANTED**, and the Government shall file its response to Defendant's amended § 2255

2

motion on or before October 27, 2025. Defendant shall then have 30 days from the date of service of the Government's response in which to file a reply.


Dated:  October 8, 2025                              /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                   United States District Judge