UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - -

RICARDO MERCADO-LOZANO,
a/k/a Heriberto Diaz-Lozano,

Movant,

Case. No. 1:24-cv-167

v.

Hon. Paul L. Maloney
U.S. District Judge

UNITED STATES OF AMERICA,

Respondent.

_____/

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The United States of America, by and through its attorneys, Timothy VerHey, United States Attorney for the Western District of Michigan, and Kathryn M. Dalzell, Assistant United States Attorney, moves this Court for an extension of time to file its response to movant Heriberto Diaz-Lozano's motion to compel production of documents for the following reasons:

1.    On December 3, 2025, Diaz moved to compel the production of documents—specifically, certain attorney notes and a police affidavit.

2.    On December 23, 2025, the United States filed a response opposing Diaz's motion. As Diaz notes in his motion to strike the United States' response, responses to non-dispositive motions are due within 14 days, *see* Local Civil Rule 7.3(c), making the United States' response untimely.

1

3.    The United States accordingly moves for an extension of time to file its response in opposition to Diaz's motion to compel production of documents, to and including December 23, 2025, when the United States filed its response. The request is due to the press of other business, including consulting duties and oversight responsibility for the office's appellate filings, as well as the undersigned's relatively infrequent practice in this Court.

For the reasons stated above, the United States respectfully requests an extension to and including December 23, 2025, to oppose Diaz's motion to compel production of documents.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: January 26, 2026                /s/ Kathryn M. Dalzell
                                       KATHRYN M. DALZELL
                                       Assistant U.S. Attorney
                                       P.O. Box 208
                                       Grand Rapids, MI 49501-0208

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2026, she caused a copy of this filing to be sent by regular mail to:

Ricardo Mercado-Lozano, Reg. No. 22506-040
FCI Sandstone
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

                                       /s/ Kathryn M. Dalzell
                                       KATHRYN M. DALZELL

2